**4**

CHRISTOPHER D. SULLIVAN (SBN 148083)
JASON FULTON (*Pro Hac Vice*)
LESLEY ANNE HAWES (SBN 117101)
KAREN K. DIEP (SBN 305587)
DIAMOND McCARTHY LLP
150 California Street, Suite 2200
San Francisco, CA 94111
Phone: (415) 692-5200
Email: adiamond@diamondmccarthy.com
        csullivan@diamondmccarthy.com
        jfulton@diamondmccarthy.com
        lhawes@diamondmccarthy.com

Plaintiff International Manufacturing Group, Inc., a Liquidating Debtor, by and through The Beverly Group, Inc. as Plan Administrator

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>INTERNATIONAL MANUFACTURING GROUP, INC.,<br><br>              Debtor.<br><hr>BEVERLY N. McFARLAND, Chapter 11 Trustee, International Manufacturing Group, Inc.,<br>              Plaintiff,<br>  vs.<br>CALIFORNIA BANK & TRUST, a California Corporation; BANK OF AMERICA, N.A, a Delaware Corporation; and JAMESTOWN S'KLALLAM TRIBE,<br>              Defendants. | Case No. 14-25820-D11<br><br>Adv. Proc. No. 16-02090<br><br>DCN: DMC-23<br><br>Chapter 11<br><br>**STIPULATION TO REQUEST TO TAKE OFF-CALENDAR STATUS CONFERENCE BASED ON SETTLEMENT**<br><br>**Status Conference Set for:**<br><br>Date:  October 21, 2019<br>Time:  1:30 p.m.<br>Place:  501 I Street, 7th Floor<br>         Sacramento, CA 95814<br>Crtrm:  28<br>Judge:  Hon. Fredrick Clement |

1       This *Stipulation to Request to Take Off-Calendar Status Conference Based on Settlement*
2 (the "Stipulation") is entered into by and between Plaintiff International Manufacturing Group, Inc.,
3 a Liquidating Debtor, by and through The Beverly Group, Inc. as Plan Administrator ("Plaintiff"),
4 by and through the undersigned counsel of record, on the one hand, and Defendant ZB, N.A., a
5 national banking association, dba California Bank and Trust ("CB&T") (the "Defendant"), by and
6 through its undersigned counsel of record, on the other hand. The Plaintiff and CB&T, by and
7 through their respective undersigned counsel of record, are collectively referred to as the
8 "Stipulating Parties."

## RECITALS

10       WHEREAS, on May 6, 2016, the Plaintiff filed a Complaint to Avoid and Recover the
11 Value of Fraudulent Transfers and Objection to Claims (the "Complaint") [Adv. Dkt. No. 1]
12 against BofA, CB&T and other defendants in the above-captioned adversary proceeding;
13       WHEREAS, the Plaintiff filed an Amended Complaint under Rule 15(a)(1)(B) of the
14 Federal Rules of Civil Procedure on August 24, 2016 (the "Amended Complaint") [Adv. Dkt. No.
15 54];
16       WHEREAS, on April 20, 2017, CB&T filed and served its Answer to The Trustee's First
17 Amended Complaint [Adv. Dkt. No. 217];
18       WHEREAS, one of the Defendants in this case, the Jamestown S'Kallam Tribe
19 ("Jamestown"), obtained a limited stay of the action from this Court in light of Jamestown's
20 appeal of the denial of its motion to dismiss to the District Court, which appeal was denied by the
21 District Court. Jamestown appealed that decision to the Ninth Circuit, and Plaintiff and
22 Jamestown subsequently settled. The action was dismissed as to Jamestown pursuant to a Notice
23 of Voluntary Dismissal filed March 7, 2018 [Adv. Dkt. No. 281];
24       WHEREAS, Plaintiff filed a request for dismissal of its action against defendant Bank of
25 America, N.A. to which Bank of America, N.A. filed a written consent, and an order dismissing
26 Bank of America, N.A. was entered by the Court on August 20, 2019 [Adv. Dkt. No. 343];
27       WHEREAS, the Stipulating Parties have reached a confidential settlement of Plaintiff's
28 claims against Defendant CB&T and the terms of which are agreed by the parties to be

1 maintained confidential;

2 WHEREAS, on December 28, 2016, the Bankruptcy Court entered its Order Confirming Trustee's Plan of Liquidation (the "Confirmation Order") [Bk. Dkt. No. 937], thereby confirming the Trustee's Plan of Liquidation filed in the Bankruptcy Case on October 12, 2016 (the "Confirmed Plan") [Bk. Dkt. No. 1043];

6 WHEREAS, under the Confirmed Plan, the claims asserted by the Trustee in this Adversary Proceeding and other adversary proceedings are deemed preserved and vested in the Liquidating Debtor, with the Plan Administrator having all rights to act on behalf of the Liquidating Debtor with respect to such pending adversary proceedings, including, without limitation, to settle and release such claims pursuant to procedures set forth in the Confirmed Plan;

12 WHEREAS, under the procedures set forth in the Confirmed Plan, a Post-Confirmation Committee of creditors was established with the powers and duties set forth in the Confirmed Plan;

15 WHEREAS, pursuant to Sections 6.13(b) and 6.14 of the Confirmed Plan, the Plan Administrator is authorized, with respect to "Retained Claims and Defenses" having a net value of more than $250,000 (including the claims asserted in this Adversary Proceeding against CB&T), to settle such claims without Bankruptcy Court approval where the Post-Confirmation Committee affirmatively consents, and Section 6.17 of the Confirmed Plan expressly empowers the Post-Confirmation Committee to approve the Plan Administrator's actions under Sections 6.13(b) and 6.14(b) of the Plan;

22 WHEREAS, pursuant to the Confirmation Order and the Confirmed Plan, there is no requirement that the Plan Administrator, acting on behalf of the Liquidating Debtor, seek and obtain Bankruptcy Court approval for post-confirmation settlements where the Post-Confirmation Committee has affirmatively consented to a proposed settlement;

26 WHEREAS, the Post-Confirmation Committee affirmatively consented to the Plan Administrator's proposed settlement of the action against CB&T in accordance with its powers under the Confirmed Plan and the Confirmation Order;

WHEREAS, the Stipulating Parties expect to file a stipulated dismissal of Plaintiff's action against CB&T within 21 days of this Stipulation, and based on their settlement, desire to take off-calendar the status conference presently scheduled for 1:30 p.m. on October 21, 2019;

**NOW, THEREFORE,** the Stipulating Parties, by and through their respective counsel of record, hereby stipulate, agree, and request as follows:

### AGREEMENT

1. The Stipulating Parties request that the Status Conference scheduled to be held on October 21, 2019 at 1:30 p.m. be taken off-calendar.

2. The Stipulating Parties agree that they will file with the Court a stipulated dismissal of Plaintiff's action against CB&T, the sole remaining defendant in the action, within 21 days of the date of this Stipulation.

**IT IS SO STIPULATED BY THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL OF RECORD.**

Dated: October 17, 2019                DIAMOND MCCARTHY, LLP

                                       By:/s/ *Christopher D. Sullivan*
                                           Christopher D. Sullivan
                                           Counsel for Plaintiff International Manufacturing Group, Inc., a Liquidating Debtor, by and through The Beverly Group, Inc. as Plan Administrator

Dated: October 17, 2019                BUCHALTER NEMER, A Professional Corporation

                                       By: /s/ *Joel G. Samuels*
                                           Joel G. Samuels
                                           Robert S. Addison, Jr.
                                           Anthony J. Napolitano
                                           Attorneys for Defendant ZB, N.A., a national banking association, dba California Bank & Trust