UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

**Case Title:** International Manufacturing Group, Inc.
**Adversary Title:** McFarland et al v. California Bank & Trust et al

**Case No.:** 14-25820 - A - 11
**Adv No.:** 16-02090

**Docket Control No.**
**Date:** 11/18/2019
**Time:** 1:30 PM

**Matter:** Continued Status Conference Re: Amended Complaint - [54] - [54] - Amended Complaint filed by Plaintiff Beverly N. McFarland (ltrf)

**Judge: Fredrick E. Clement**
**Courtroom Deputy: Janice Busch**
**Reporter: Not Recorded**
**Department: A**

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

**CIVIL MINUTES**

Because the adversary proceeding has been dismissed, the status conference is concluded.